UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

William K. Mann, Jr. and Vicki Mann,

        Plaintiffs,

vs.

United States of America,

        Defendant.

**STIPULATION TO AMEND COMPLAINT**

Civil Action No. 6:15-CV-645 [MAD/ATB]

---

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to the provisions of FRCP Rule 15, by and between the undersigned, the attorneys of record for all parties in the above-entitled action, that due to the death of the plaintiff, William K. Mann, Jr., the plaintiffs may amend their Complaint in order to add a wrongful death cause of action. A copy of the plaintiff's proposed Amended Complaint is annexed hereto.

**IT IS FURTHER STIPULATED AND AGREED** that in order to substitute the proper legal representative, and the appointment in the Surrogate Court of Oneida County in the State of New York having been granted to Christina M. Mann and William K. Mann, III, as Co-Executors of the Estate of William K. Mann, Jr., that the caption be hereby amended to read as follows:

---

Christina M. Mann and William K. Mann III, as Co-Executors of the Estate of William K. Mann, Jr., and Vicki Mann,
Plaintiffs,

vs.

United States of America,
Defendant.

Dated: August 26, 2016

*[signature]*
Margie A. Soehl
USDC NDNY Bar Roll #516092
POWERS & SANTOLA, LLP
Attorneys for Plaintiffs
Office and P.O. Address
39 North Pearl Street
Albany, New York 12207
msoehl@powers-santola.com
(518) 465-5995


*[signature]*
Karen Folster Lesperance
Assistant United States Attorney
USDC NDNY Bar Roll #514108
Northern District of New York
James T. Foley, U.S. Courthouse
445 Broadway, Room 218
Albany, NY 12207
Karen.Lesperance@usdoj.gov
(518) 431-0247


**IT IS SO ORDERED**


_____
Andrew T. Baxter
U.S. Magistrate Judge
Dated: August ___, 2016
        Syracuse, New York

Certificate# 21240

# Surrogate's Court of the State of New York
## Oneida County
### Certificate of Appointment of Executors

File #: 2016-328/A

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

**Name of Decedent:** William K C Mann Jr
aka  William K Mann Jr
  William Kenneth Christopher Mann Jr

**Date of Death:** March 3, 2016

**Domicile:** , Utica, NY

**Fiduciary Appointed:**
**Mailing Address:**

Christina M Mann

Utica NY  13502

William K Mann III

Utica NY  13502

**Type of Letters Issued:** LETTERS TESTAMENTARY
**Letters Issued On:** July 18, 2016
**Limitations: NONE**

and such Letters are unrevoked and in full force as of this date.

**Dated:** July 18, 2016

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Oneida County Surrogate's Court at Utica, New York.

WITNESS, Hon. Louis P. Gigliotti, Judge of the Oneida County Surrogate's Court.

Kristine K. Pecheone, Chief Clerk
Oneida County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Oneida County Surrogate's Court*