UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Christina M. Mann and William K. Mann, III, Co-Executors of the Estate of William K. Mann, Jr., and Vicki Mann,

                Plaintiffs,

    vs.

United States of America,

                Defendant.

---

**STIPULATION TO AMEND COMPLAINT**

Civil Action No. 6:15-CV-645 [MAD/ATB]

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to the provisions of FRCP Rule 15, by and between the undersigned, the attorneys of record for all parties in the above-entitled action, that due to the death of the plaintiff, William K. Mann, Jr., and the denial of the claims of William K. Mann, III and Cristina M. Mann as Co-executors of the estate of William K. Mann, Jr., against the United States Department of Veterans Affairs, on July 26, 2017, by letter, the plaintiffs may amend their Complaint in order to add a wrongful death cause of action. A copy of the plaintiff's proposed Second Amended Complaint is annexed hereto.

Dated: August 3, 2017

_/s/ Amber L. Wright_
Amber L. Wright
USDC NDNY Bar Roll #520017
POWERS & SANTOLA, LLP
Attorneys for Plaintiffs
Office and P.O. Address
39 North Pearl Street
Albany, New York 12207
awright@powers-santola.com
(518) 465-5995

*[signature]*
Karen Folster Lesperance
Assistant United States Attorney
USDC NDNY Bar Roll #514108
Northern District of New York
James T. Foley, U.S. Courthouse
445 Broadway, Room 218
Albany, NY 12207
Karen.Lesperance@usdoj.gov
(518) 431-0247

Dated: August ___, 2016
        Albany, New York

**IT IS SO ORDERED**

_____
Hon. Mae A. D'Agostino
U.S. District Judge